**DISMISS and Opinion Filed October 7, 2019**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-19-00350-CV**

**LE-VEL BRANDS, LLC, Appellant**

**V.**

**LACORE ENTERPRISES, LLC, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-06772-2018**

# MEMORANDUM OPINION

Before Justices Bridges, Molberg, and Partida-Kipness
Opinion by Justice Bridges

Appellant has filed an unopposed motion to dismiss this appeal stating the parties have

reached a settlement agreement. We grant appellant's unopposed motion and dismiss this appeal.

TEX. R. APP. P. 42.1(a).

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

190350F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

LE-VEL BRANDS, LLC, Appellant

No. 05-19-00350-CV     V.

LACORE ENTERPRISES, LLC, Appellee

On Appeal from the 380th Judicial District Court, Collin County, Texas
Trial Court Cause No. 380-06772-2018.
Opinion delivered by Justice Bridges.
Justices Molberg and Partida-Kipness participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered October 7, 2019.